UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  1:14-CV-03046-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**   Defendant's Motion for Summary Judgment is **DENIED**.  The case is remanded for calculation of benefits.  Judgment is entered for Plaintiff.

DATED:  May 26, 2015.

                              SEAN F. McAVOY
                              Clerk of Court

                          By: *s/Pam Howard*
                                 Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**